**Francis X. Manning**
fmanning@stradley.com
856-321-2403

January 2, 2013

**FILED ELECTRONICALLY**

Office of the Clerk
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:  **Northern NJ Orthopaedic Specialists, PA a/s/o Pramila Patel v. United HealthCare, et al**
> **U.S. District Court for the District of New Jersey**
> **Civil Action No.  2:12-cv-06146-CCC-JAD**

Dear Sir/Madam:

      I enclose a Consent Order Extending Time to Respond to Complaint until January 4, 2013, which has been agreed to by counsel for Plaintiff and defendant UnitedHealthcare Insurance Company (incorrectly identified as "UnitedHealthcare").  I would ask that you please forward to Magistrate Judge Dickson for his review and approval.  Please advise when the Consent Order has been entered on the docket.

      Thank you.

> Very truly yours,
>
> s/Francis X. Manning
>
> Francis X. Manning

FXM/bac
Enclosure
c:  Andrew Bronsnick, Esquire (w/encl. via court's electronic server)

# 1669737  v. 1