STRADLEY, RONON, STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
(856) 321-2400
Attorneys for defendant UnitedHealthcare Insurance Company (incorrectly identified as "United Healthcare")

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORTHERN NJ ORTHOPAEDIC SPECIALISTS, PA a/s/o PRAMILA PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE, DISTRICT 1199J NEW JERSEY BENEFIT FUND, ABC CORP. (1-10),<br><br>Defendants. | Case No.  2:12-cv-06146(CCC)(JAD)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant UnitedHealthcare Insurance Company (incorrectly identified in the Complaint as  "United Healthcare) certifies that:

# 1671490 v. 1

1.     UnitedHealthcare Insurance Company is a wholly owned subsidiary of UHIC Holdings, Inc., which is a wholly owned subsidiary of United HealthCare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group Incorporated, a publicly traded corporation.

Dated: <u>January 4, 2013</u>

<u>s/Francis X. Manning</u>
Francis X. Manning
STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey 08002
Attorneys for Defendant United Healthcare

# 1671490 v. 1