## **CERTIFICATE OF SERVICE**

I, Francis X. Manning, Esquire, hereby certify that on the 4th day of January, 2013, I caused a true and correct copy of the within pleading to be served via the Court's electronic server upon the following:

Keith R. McMurdy, Esquire
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, New York  10017
212-878-7900
kmcmurdy@foxrothschild.com
Attorneys for Defendant District 1199J New Jersey Benefit Fund

Andrew R. Bronsnick, Esquire
Massood & Bronsnick
50 Packanack Lake Road East
Wayne, NJ  07470
973-696-1900
abronsnick@massoodlaw.com
Attorney for Plaintiff

s/ Francis X. Manning
Francis X. Manning