

Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002-2223
Telephone (856) 321-2400
Fax (856) 321-2415
www.stradley.com

Francis X. Manning
856-321-2403
fmanning@stradley.com

June 6, 2013

**Filed Electronically**
Magistrate Judge Joseph A. Dickson
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:  **Northern NJ Orthopaedic Specialists, PA a/s/o P.P. v. United HealthCare, et al
U.S. District Court for the District of New Jersey
Case No. 2:12-cv-06146-CCC-JAD**

Dear Magistrate Judge Dickson:

I am counsel to UnitedHealthcare Insurance Company. I am writing to request a rescheduling of the in-person settlement conference set for Monday, June 10 at 11 a.m. because of a conflicting personal matter. I have contacted all counsel of record, and no one objects to this request.

I thank the Court for its consideration of this request.

Very truly yours,

/s/ Francis X. Manning

Francis X. Manning

FXM/bac
Enclosure
c:  **via Court's electronic server to:**
Andrew R. Bronsnick, Esquire
Keith R. McMurdy, Esquire